IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE SEARCH OF | Case No. 1:20-MJ-00008-MMS |
|---|---|
| Priority Mail Parcel 9505 5104 1393 0030 3151 02 addressed to "William Norton 64331 Roy Rd. Coos Bay, Oregon 97420-8761" located at 341 W Tudor Rd. Ste. 208, Anchorage, AK 99503 | |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41
FOR A WARRANT TO SEARCH AND SEIZE**

I, Postal Inspector Kevin Horne, being first duly sworn, hereby depose and state as follows:

Feb 05 2020

## INTRODUCTION AND AGENT BACKGROUND

1. In this warrant application, I seek authority to search Priority Mail Parcel 9505 5104 1393 0030 3151 02 addressed to "William Norton 64331 Roy Rd. Coos Bay, Oregon 97420-8761" listing a return address of "Morgan P.O. Box 6457 Sitka, AK 99835" weighing approximately one (1) pounds, twelve (12) ounces, (hereinafter **"The Subject Parcel"**) for controlled substances or proceeds thereof in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b), Title 18, United States Code, Section 1716, Title 18, United States Code, Section 1956, and Title 18, United States Code, Section 1957.

2. I am a U.S. Postal Inspector employed by the Seattle Division of the U.S. Postal Inspection Service, specifically in the Anchorage Domicile. I am a sworn federal law enforcement officer empowered to investigate criminal

 Feb 05 2020

activity involving or relating to the United States Postal Service and/or United States Mail. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) Possession with Intent to Distribute a Controlled Substance, and Title 21, United States Code, Section 843(b), Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony.

3. I am a U.S. Postal Inspector and have been so employed since April of 2017. I attended and graduated from a three-month Basic Inspector Training (BIT) academy operated by the United States Postal Inspection Service (USPIS) in June 2017. While attending the BIT academy, I received training and instruction on investigating federal crimes that use the U.S. Mail including but not limited to the sending of illegal drugs through the U.S. Mail, robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, identity theft, and counterfeit personal checks and identifications..

4. Prior to my employment with the USPIS, I was employed for eight years by the Federal Air Marshal Service (FAMS) as a Federal Air Marshal (FAM). While assigned to the FAMS, I served as team leader on domestic and international flight missions. From 2010 to 2011, I was assigned to


Feb 05 2020

the Visible Intermodal Prevention and Response Team (VIPR). After my assignment to the VIPR Team I was assigned to the Mission Operation Center where I served as a watch officer from 2016 to 2017.

5. In May 2008 I received a bachelor's degree in Criminal Justice from Virginia Wesleyan College in Virginia Beach, VA. The following information is based on my own knowledge, information obtained from other law enforcement agents and officers, and from specific sources as set forth herein. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND INFORMATION ABOUT SUSPECT PARCELS

6. Based on my experience, training, and discussion with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances include, but are not limited to the following:

    a. It is a common practice for the shippers of controlled substances to use Priority Mail Express and Priority Mail because the parcels arrive faster and within two to three days, but this may vary in Alaska due to geographical location and weather. This service is also commonly used so the parcel can be tracked.

3    Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 3 of 11

 Feb 05 2020

b. Shippers of controlled substances will often utilize cash as payment instead of credit or debit cards. These payment practices are used by narcotics traffickers to hide their true identity and make it difficult for Law Enforcement to identify them.

c. These parcels in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

d. When the shipper mails controlled substances from a particular area or state, the proceeds from the sale of these controlled substances may be returned to the shipper. Based on experience and discussions, there are known source states from where controlled substances might be mailed, including California, Oregon, Washington, Arizona, Texas and Puerto Rico. It is also common for narcotics traffickers to ship controlled substances from source states to Anchorage, AK, and then distribute the controlled

4  Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 4 of 11



substances from Anchorage to the smaller and more remote areas of Alaska.

e. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped.

f. In order to conceal the identity of the recipient, parcels containing controlled substances will often not require a signature upon delivery. This allows the carrier to leave the parcel at the recipient address without it being physically accepted by the intended recipient so they cannot be identified.

## FEDERAL STATUTES

7. Based on my investigation in this case, I submit that there is probable cause to search Priority Mail Parcel 9505 5104 1393 0030 3151 02 for evidence, fruits, and instrumentalities of violations of the following federal statutes:

   a. Title 21, United States Code, Section 841 generally prohibits the "knowing or intentional manufacture, distribution, dispensing, or

5   Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 5 of 11



possession with intent to manufacture, distribute, or dispense, a controlled substance[.]"

b. Title 21, United States Code, Section 843(b) criminalizes the knowing or intentional use of any communication facility in committing or in causing to facilitate the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter.

c. Title 18, United States Code, Section 1716 prohibits the mailing of nonmailable matter, including, but not limited to, poison, and "all other natural or artificial articles, compositions, or materials which may kill or injure another, or injure the mails or other property, whether or not sealed as first class matter[.]"

d. Title 18, United States Code, Section 1956 prohibits knowingly being involved in a financial transaction which represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity.

e. Title 18, United States Code, Section 1957 prohibits knowingly engaging or attempting to engage in a monetary transaction in criminally derived property.

6    Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 6 of 11

## STATEMENT OF PROBABLE CAUSE

 
Feb 05 2020

8. On January 3, 2020, I received information from Coast Guard Investigation Service (CGIS), regarding narcotics being shipped from Coos Bay, OR to Sitka, Alaska.

9. On January 31, 2020, I received information from the Postal Inspection Service regarding a suspicious parcel sent from Sitka, Alaska to Coos Bay, Oregon suspected of containing narcotics or narcotics proceeds. Through the research of Postal Databases I identified **The Subject Parcel** as being suspicious.

   A. **The Subject Parcel** was mailed from Sitka, AK to Coos Bay, Oregon via Priority Mail.

   B. **The Subject Parcel** postage was paid for in cash, a common practice among those involved with the trafficking of narcotics as a means to avoid being tracked by law enforcement.

   C. CGIS Information regarding narcotics being shipped from Coos Bay, OR to Sitka, Alaska.

10. On February 4, 2020, I observed the Subject Parcel being sent to "William Norton 64331 Roy Rd. Coos Bay, Oregon 97420-8761" listing a return address of "Morgan P.O. Box 6457 Sitka, AK 99835" weighing approximately one (1) pounds, twelve (12) ounces. **The Subject Parcel** is

7   Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 7 of 11



a White Priority Mail Envelope. The Subject Parcel is affixed with a postage label in the amount of $11.75, and was mailed from Sitka, AK, on January 30, 2020. A photograph of the Subject Parcel is included in **Exhibit 1**.

11. The Subject Parcel contains indicators that in my training and experience are consistent with packages known to contain contraband.

12. A search of "CLEAR" was conducted on the recipient of the Subject Parcel, "64331 Roy Rd. Coos Bay, Oregon 97420" The data provided by "CLEAR" is a combination of over 33 billion records from over 8,800 different data sources which are updated daily, weekly, monthly, and annually, depending on the particular data source. The search does associate William Norton with the address.

13. A search of "CLEAR" was conducted on the return address "P.O. Box 6457 Sitka, AK 99835" The search did not associate the name "Morgan" with the address. Based on my training and experience and experience with other law enforcement officers, I know people who utilize the U.S. Mail to traffic narcotics often do use fictitious names and addresses on parcels in an effort to remain anonymous to law enforcement.

14. On February 4, 2020, I made arrangements for Alaska State Troopers (AST) K-9 Handler Cooper and his canine "Balu" to examine the Suspect Parcel at the Postal Inspection Service Office in Anchorage Alaska.

8    Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 8 of 11

15. On February 4, 2020, at approximately 1:41 PM, AST K-9 Officer Cooper and his canine "Balu" searched an area at the Postal Inspection Service Office for **The Subject Parcel**. At approximately 1:45 PM AST Officer Cooper, "Balu's" handler, advised me that the canine located **The Subject Parcel** and exhibited a change in behavior consistent with the presence of an odor of a controlled substance the canine is trained to recognize. Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct copy of a written statement provided by AST K-9 Officer Cooper which sets forth "Balu's" training and experience as a narcotics detector dog.

16. On February 5, 2020, I contacted the Sitka Post Office regarding "P.O. BOX 6457." The Postmaster provided me P.O. BOX information for Box 6457. The information stated that Robbie Morgan rents "P.O. Box 6457" in Sitka, Alaska.

17. **The Subject Parcel** is currently in my custody at my office at 341 W. Tudor Rd., Suite 208, Anchorage, AK 99503, and is in its original sealed and intact condition.

//
//
//
//
//

FEB 0 5 2020

9   Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 9 of 11

// 

//

//

//

//

//

## CONCLUSION

18. Based on my training and experience as a Postal Inspector and the aforementioned factors, I believe there is probable cause the Subject Parcel, Priority Mail Parcel 9505 5104 1393 0030 3151 02, contains controlled substances and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), Title 18, United States Code, Section 1716, Title 18, United States Code, Section 1956, and Title 18, United States Code, Section 1957.

_____
Kevin Horne.
United States Postal Inspector
USPIS Anchorage Domicile

Subscribed and sworn to before me
this 5 day of February, 2020.

_____
United States Magistrate Judge
District of Alaska

10    Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS

Anchorage, Alaska FEB 0 5 2020



11  Affidavit in Support of Search Warrant
1:20-MJ-00008-MMS
Case 1:20-mj-00008-MMS   Document 1-1   Filed 02/05/20   Page 11 of 11